IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVETTE VELEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIBANK, N.A., )<br>)<br>Defendant. )<br>)<br>)<br>) | **Case No.: 1:15-cv-03778-RMB-KMW**<br><br>**Notice of Settlement** |

### NOTICE OF SETTLEMENT

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: July 23, 2015                BY: */s/ Amy L. Bennecoff Ginsburg*
                                                  Amy L. Bennecoff Ginsburg, Esquire
                                                  Kimmel & Silverman, P.C.
                                                  30 East Butler Pike
                                                  Ambler, PA 19002
                                                  Phone: (215) 540-8888
                                                  Facsimile: (877) 788-2864
                                                  Email: aginsburg@creditlaw.com
                                                  Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 23rd day of July, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

>Michael R. Carroll, Esq.
>Ballard Spahr LLP
>210 Lake Drive East
>Suite 200
>Cherry Hill, NJ 08002
>carrollm@ballardspahr.com

>*/s/ Amy L. Bennecoff Ginsburg*
>Amy L. Bennecoff Ginsburg, Esquire
>Kimmel & Silverman, P.C.
>30 East Butler Pike
>Ambler, PA 19002
>Phone: (215) 540-8888
>Facsimile: (877) 788-2864
>Email: aginsburg@creditlaw.com
>Attorney for the Plaintiff